x:\tc51634\appear

WDJ/ls
File No.: TC-51634

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
MICHAEL PALLOTTO AND LISA POLLOTO,

                      Plaintiffs,

          -against-

ON-SITE:
7 WORLD TRADE COMPANY, L.P., A RUSSO
WRECKING, INC., ABM INDUSTRIES, INC., ABM
JANITORIAL NORTHEAST, INC., AMEC
CONSTRUCTION MANAGEMENT, INC., AMEC
EARTH & ENVIRONMENTAL INC., ANTHONY
CORTESE SPECIALIZED HAULING LLC, ATLANTIC
HEYDT CORP., BECHTEL ASSOCIATES
PROFESSIONAL CORPORATION, BECHTEL
CONSTRUCTION, INC., BECHTEL CORPORATION,
BECHTEL ENVIRONMENTAL, INC., BERKEL &
COMPANY, CONTRACTORS, INC., BIG APPLE
WRECKING & CONSTRUCTION CORP., BOVIS LEND
LEASE LMB, INC., BREEZE CARTING CORP.,
BREEZE NATIONAL INC., BRER-FOUR
TRANSPORTATION CORP., BURO HAPPOLD
CONSULTING ENGINEERS, P.C., C.B.
CONTRACTING CORP., CANRON CONSTRUCTION
CORP., CORD CONTRACTING CO., INC., DAKOTA
DEMO-TECH, DIAMOND POINT EXCAVATING
CORP., DIEGO CONSTRUCTION, INC., DIVERSIFIED
CARTING, INC., DMT ENTERPRISE, INC.,
D'ONOFRIO GENERAL CONTRACTORS CORP.,
EAGLE LEASING & INDUSTRIAL SUPPPLY, INC.,
EAGLE ONE ROOFING CONTRACTORS INC., EJ
DAVIES, INC., EN-TECH CORP., EVERGREEN
RECYCLING OF CORONA (EROC), EWELL W.
FINLEY, P.C., EXECUTIVE MEDICAL SERVICES,
P.C., FLEET TRUCKING, INC., FRANCIS A. LEE
EXTERIOR RESTORATION, INC., FTI TRUCKING,

**NOTICE OF
APPEARANCE**

**21 MC 103 (AKH)**

INC., GILSANZ, MURRAY & STEFICEK, LLP,
GOLDSTEIN ASSOCIATES CONSULTING
ENGINEERS, PLLC, HALLEN WELDING SERVICE,
INC., H.P. ENVIRONMENTAL, KOCH SKANSKA INC.,
LAQUILA CONSTRUCTION INC., LASTRADA
GENERAL CONTRACTING CORP., LESLIE E.
ROBERTSON ASSOCIATES CONSULTING
ENGINEERS P.C., LIBERTY MUTUAL GROUP,
LOCKWOOD, KESSLER & BARTLETT, INC., LUCIUS
PITKIN, INC., LZA TECH-DIV OF THORTON
TOMASETTI, MANAFORT BROTHERS
INCORPORATED, MAZZOCCHI WRECKING, INC.,
HUDSON MERIDIAN CONSTRUCTION GROUP, LLC
F/K/A MERIDIAN CONSTRUCTION CORP.,
MORETRENCH AMERICAN CORP., MRA
ENGINEERING, PC, MUESER RUTLEDGE
CONSULTING ENGINEERS, INC., NACIREMA
INDUSTRIES INCORPORATED, NEW YORK CRANE
& EQUIPMENT CORP., NICHOLSON
CONSTRUCTION COMPANY, PETER SCALA
MANDRE & SONS, INC., PINNACLE
ENVIRONMENTAL CORP., PLAZA CONSTRUCTION
CORP., PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, PRO SAFETY SERVICES LLC., PT&L
CONTRACTING CORP., ROBER SILMAN
ASSOCIATES, ROBERT L. GEROSA, INC., RODAR
ENTERPRISES, INC., ROYAL GM, INC, SAB
TRUCKING INC., SAFEWAY ENVIRONMENTAL
CORP., SEASONS INDUSTRIAL CONTRACTING,
SEMCOR EQUIPMENT & MANUFACTURING CORP.,
SILVERITE CONTRACTING CORPORATION,
SIMPSON GUMPERTZ & HEGER INC., SKIDMORE,
OWING & MERRILL LLP, SURVIVAIR, TISHMAN
CONSTRUCTION CORPORATION OF MANHATTAN,
TISHMAN CONSTRUCTION CORPORATION OF NEW
YORK, TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES, THORTON-
TOMASETTI GROUP, INC., TORRETTA TRUCKING,
INC., TOTAL SAFETY CONSULTING, L.L.C., TUCCI
EQUIPMENT RENTAL CORP., TULLY
CONSTRUCTION CO., INC., TURNER
CONSTRUCTION COMPANY, ULTIMATE
DEMOLITION/CS HAULING (JOINT VENTURE),
VERIZON NEW YORK INC., VOLLMER ASSOCIATES
LLP, WEEKS MARINE, INC., WEIDLINGER
ASSOCIATES, CONSULTING ENGINEERS, P.C.,

WHITNEY CONTRACTING INC., WOLKOW-BRAKER
ROOFING CORP., WORLD TRADE CENTER
PROPERTIES LLC, WSP CANTOR SEINUK,
YANNUZZI & SONS, INC., YONKERS
CONTRACTING COMPANY, INC., YORK HUNTER
CONSTRUCTION, LLC, ZIEGENFUSS DRILLING,
INC.,
OFF-SITE:
ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC, ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVIVCES CO., MERRILL LYNCH
& CO, INC., NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
STRUCTURE TONE (UK), INC., STRUCTURE TONE
GLOBAL SERVICES, INC., TOSCORP INC., TUCKER
ANTHONY, INC., WESTON SOLUTIONS, INC., WFP
TOWER A CO., EFP TOWER A CO. G.P. CORP., WFP
TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP.,
WFP TOWER B HOLDING CO., LP, AND WFP TOWER
B. CO., LP., ET AL,

                              Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

       PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
      July 11 2007

                                                                                         WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                                                                        BARRY, McTIERNAN & MOORE
                                                                                        Attorneys for Defendants
    STRUCTURE TONE, INC. s/h/a
    STRUCTURE TONE (UK), INC. and
    STRUCTURE TONE GLOBAL SERVICES, INC.
    2 Rector Street – 14th Floor
    New York, New York  10006
    (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700